UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS AYALA-JUAREZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-05065-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 6)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's habeas petition (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge concluded that petitioner's detention violates the Immigration and Nationality Act and the appropriate remedy under the circumstances is to order his release from custody. (*Id.* at 2–7.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 7.) On July 28, 2026, respondent filed objections to the findings and recommendations which comprise a single sentence stating that respondent objects for the reasons stated in respondent's

/////

prior briefing. (Doc. No. 7.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on July 27, 2026, (Doc. No. 6), are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Jose Luis Ayala-Juarez, A-File No. 221-493-925, from respondent's custody;
    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge at which hearing the burden will be set in accordance with 8 U.S.C. § 1226 (a) and its implementing regulations;
3. The Clerk of Court is directed to serve California City Detention Facility with a copy of this order; and
4. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

DATED: July 31, 2026

Troy L. Nunley
Chief United States District Judge